No. 89–6255.   POLING ET AL. *v.* CALDWELL ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–6256.   ABNER *v.* ESCAMBIA COUNTY SCHOOL DISTRICT, PENSACOLA, FLORIDA (two cases).   C. A. 11th Cir.   Certiorari denied.

No. 89–6258.   EWING *v.* DAVIS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–6259.   CLAYTON *v.* UNITED STATES PAROLE COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 89–6261.   LAWSON *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 89–6262.   MITCHELL *v.* TOWSON STATE UNIVERSITY.   C. A. 4th Cir.   Certiorari denied.

No. 89–6265.   WILLIAMSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–6267.   CHANDLER *v.* MOORE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–6268.   BUCCI *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 89–6270.   CALPIN *v.* EISTER.   C. A. 3d Cir.   Certiorari denied.

No. 89–6272.   LAIRD *v.* LACK, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–6273.   GOFF *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–6275.   D'AMARIO *v.* CITY OF PROVIDENCE ET AL.   Sup. Ct. R. I.   Certiorari denied.

No. 89–6276.   APPLEBY *v.* YOUNG, COMMISSIONER, SOCIAL AND REHABILITATION SERVICES OF VERMONT.   Sup. Ct. Vt. Certiorari denied.